```
J. TONY SERRA, SBN 32639
506 Broadway
San Francisco CA 94133
Tel: 415/986-5591
Fax: 415/421-1331

Attorney for Defendant
FRANCISCO GARIN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 10-00009 FCD |
| v. | STIPULATION AND ORDER TO <u>CONTINUE STATUS HEARING</u> |
| ANTONIO GUERRERO and FRANCISCO GARIN, | |
| Defendants. / | |

At the request of the parties, the Court enters this order (1) continuing the hearing presently set for February 1, 2010 at 10:00 a.m., to March 29, 2010, at 10:00 a.m., for status conference; and (2) excluding time under the Speedy Trial Act, based on the following:

1.  At the time of the last appearance there were various items of discovery outstanding. Counsel for Mr. Garin sent an informal discovery request on January 11, 2010. However, to date, these items of discovery have not been received.

2.  This is a very serious case, and the discovery outstanding is imperative. Counsel has spoken with the prosecution, and expects that additional items of discovery will

1  be forthcoming before the next court date.
2       3.   Counsel for Mr. Garin has contacted all involved
3  parties, and has determined that all parties are generally in
4  agreement that this matter should be continued, for further
5  status, so that the necessary items of discovery may be turned
6  over to the defense.
7       4.   Accordingly, the parties mutually request that the
8  February 1, 2010, date be vacated and that the matter be
9  continued to March 29, 2010 at 10:00 a.m. for further status.
10      5.   The parties stipulate that the time is excludable from
11 the time limitations of the Speedy Trial Act because the
12 interests of justice are served by granting a continuance.  This
13 continuance, requested by the parties, will permit continuity of
14 counsel, and allow the reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence.
16 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).
17 ////

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

THE PARTIES THEREFORE STIPULATE that the hearing for change of plea be continued from February 1, 2010 to March 29, 2010, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 29, 2010

/s/ J. TONY SERRA
J. TONY SERRA
Attorney for FRANCISCO GARIN

/s/ NEDRA RUIZ
NEDRA RUIZ
Attorney for ANTONIO GUERRERO

/s/ PAUL ANDREW HEMESATH
PAUL ANDREW HEMESATH
Assistant U.S. Attorney

**ORDER**

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to March 29, 2010, at the hour of 10:00 a.m. and that time is excluded as stipulated.

Dated: January 29, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331