```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone: (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO.  2:10-CR-00009 FCD
                                 )
12                  Plaintiff,   )  STIPULATION AND ORDER
                                 )
13              v.               )  Date: June 28, 2010
                                 )  Time: 10:00 a.m.
14  ANTONIO GUERRERO, and        )  The Hon. Frank C. Damrell
    FRANCISCO GARIN,             )
15                               )
                    Defendants.  )
16  _____)
17
18
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and J. Tony Serra and Kali S. Grech, counsel for defendant Francisco GARIN and Nedra Ruiz, counsel for defendant Antonio GUERRERO, that the above hearing be rescheduled from this Court's June 28, 2010, 2010, calendar, and that the matter be re-calendared for September 13, 2010, at 10:00 a.m.  Furthermore, the parties stipulate that the briefing schedule be changed to the following: government's response brief due August 16, 2010; defendant's reply brief due August 30, 2010.  This request is made jointly by

the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

**IT IS FURTHER STIPULATED** that time be excluded between June 28, 2010, and September 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated: June 10, 2010  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: June 10, 2010  /s/ Kali S. Grech
Kali S. Grech
Counsel for Defendant
FRANCISCO GARIN

Dated: June 14, 2010  /s/ Nedra Ruiz
Nedra Ruiz
Counsel for Defendant
ANTONIO GUERRERO

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE