


J. TONY SERRA #32639
KALI S. GRECH #238461
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
FRANCISCO GARIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-10-09 FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS AND TO SET |
| v. | <u>EVIDENTIARY HEARING</u> |
| FRANCISCO GARIN, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that, pursuant to the court's request, the status conference now scheduled in this matter for September 13, 2010, shall be continued to December 3, 2010, at 10:00 a.m. for an evidentiary hearing on the defense motion to suppress.

THE PARTIES FURTHER STIPULATE that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

1  IT IS SO STIPULATED.

2  Dated: January 29, 2010

3

4  /s/ J. TONY SERRA
J. TONY SERRA
5  Attorney for FRANCISCO GARIN

6

7  /s/ NEDRA RUIZ
NEDRA RUIZ
8  Attorney for ANTONIO GUERRERO

9

10  /s/ PAUL ANDREW HEMESATH
PAUL ANDREW HEMESATH
11  Assistant U.S. Attorney

12

13  **ORDER**

14  Good cause appearing, and based upon the stipulation of the

15  parties,

16  **IT IS HEREBY ORDERED** that the hearing in this matter is

17  continued to December 3, 2010, at the hour of 10:00 a.m. for an

18  evidentiary hearing, and that time is excluded as stipulated.

19  Dated: September 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2