```
NEDRA RUÍZ #72474
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
ANTONIO GUERRERO
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-10-0009 FCD |
| v. | **AMENDED** STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ANTONIO GUERRERO and FRANCISCO GARIN, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference for defendants, now scheduled for April 4, 2011 at 10:00 a.m., shall be continued to **May 23, 2011, at 10:00 a.m.**

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161 *et seq*, the parties stipulate that the time period from the date of the filing of this stipulation to May 23, 2011, is deemed excludable.

```
 /s/ PAUL A. HEMESATH              /s/NEDRA RUIZ
PAUL A. HEMESATH                   NEDRA RUIZ
Assistant U.S. Attorney            Attorney for ANTONIO GUERRERO


                                   /s/J. TONY SERRA
                                   J. TONY SERRA
                                   KALI S. GRECH
                                   Attorneys for FRANCISCO GARIN
```

**IT IS SO ORDERED.**

Dated: March 31, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE