```
1  J. TONY SERRA, SBN 32639
   506 Broadway
2  San Francisco CA 94133
   Tel: 415/986-5591
3  Fax: 415/421-1331

4  Attorney for Defendant
   FRANCISCO GARIN
```

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-10-0009 FCD |
| v. | STIPULATION AND ORDER TO <u>CONTINUE STATUS HEARING</u> |
| ANTONIO GUERRERO and FRANCISCO GARIN, | Date: May 23, 2011 Time: 10:00 a.m. |
| Defendants. | Judge Damrell |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the hearing presently set for the date and time indicated above, to July 11, 2011, at 10:00 a.m., for status conference; and to exclude time under the Speedy Trial Act, based on the following:

1. Counsel for Mr. Garin has contacted all involved parties, and has determined that all parties are generally in agreement that this matter should be continued, for further status.

2. Accordingly, the parties mutually request that the above date be vacated and that the matter be continued to 10:00 a.m. on July 11, 2011.

3. The parties stipulate that the time is excludable from

1

the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

    THE PARTIES THEREFORE STIPULATE that the hearing be continued from May 23, 2011, to July 11, 2011, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Dated: May 19, 2011

/s/ J. TONY SERRA            /s/ NEDRA RUÍZ
J. TONY SERRA                NEDRA RUÍZ
Attorney for FRANCISCO GARIN    Attorney for ANTONIO GUERRERO


/s/ PAUL ANDREW HEMESATH
PAUL ANDREW HEMESATH
Assistant U.S. Attorney

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

**ORDER**

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to July 11, 2011, at the hour of 10:00 a.m., and that time is excluded as stipulated.

Dated: May 19, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE