1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00009-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: September 19, 2011 |
| | ) | TIME: 10:00 a.m. |
| ANTONIO GUERRERO, and | ) | COURT: Hon. Frank C. Damrell |
| FRANCISCO GARIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Douglas Beevers, counsel for defendant Antonio GUERERRO; and Tony Serra, counsel for Francisco GARIN, that the above status conference be rescheduled from this Court's September 19, 2011, calendar, and that the matter be re-calendared for November 28, 2011, at 10:00 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the

1

defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded through November 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: September 15, 2011         /s/ Paul Hemesath
                                  Paul Hemesath
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated: September 15, 2011         /s/ Tony Serra
                                  Tony Serra
                                  Counsel for Defendant
                                  Francisco GARIN

Dated: September 15, 2011         /s/ Douglas Beevers
                                  Douglas Beevers
                                  Counsel for Defendant
                                  Antonio GUERRERO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: September 16, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE